UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MEJIA,<br><br>   Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>   Defendant. | No. 2:15-cv-707-EFB<br><br><u>ORDER TO SHOW CAUSE</u> |

  On October 19, 2015, the court approved the parties' stipulation to extend the date for plaintiff to file his motion for summary judgment and ordered plaintiff to file his motion by November 8, 2015. ECF No. 15. The deadline has passed and plaintiff has failed to file his motion for summary judgment. Local Rule 110 provides that failure to comply with the court orders "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

  Accordingly, good cause appearing, it hereby ORDERED that:

  1. Plaintiff shall show cause, in writing, within fourteen days of the date of this order, why sanctions should not be imposed for failure to timely file a cross-motion for summary judgment.

/////

1

2. Plaintiff shall file his motion for summary judgment within fourteen days of the date of this order.

3. Failure to comply with this order may result in dismissal of this action for lack of prosecution and/or failure to comply with court orders. *See* Fed. R. Civ. P. 41(b).

So Ordered.

DATED: December 29, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE