KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACREMENTO DIVISION

| | |
|---|---|
| RUBEN MEJIA,<br><br>           Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>           Defendant. | Case # 2:15-CV-00707-EFB<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a second extension of time to file Plaintiff's opening brief.

Counsel for the Plaintiff had to take an emergency flight to Mississippi to be with my dying grandmother, to provide end of life care and address her affairs before and after she passes. Counsel for the Plaintiff has limited access to her files or laptop in her current location and is a solo practitioner that does not have additional attorneys to help with this caseload at this

Page 1   MOTION
        [2:15-CV-00707-EFB]

Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335
Phone: (206) 300-9063

time. As a result, counsel for Plaintiff requires additional time to draft the opening brief. Plaintiff requests an extension of time to January 8, 2015.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated November 9, 2015:        /s/ Kelsey M Brown
                               KELSEY MACKENZIE BROWN CA #263109
                               Mackenzie Legal, PLLC
                               2529 Cliffside Ln NW, H-102
                               Gig Harbor, WA 98335
                               Phone: (206) 300-9063

                               Attorney for Plaintiff

Dated November 9, 2015:        s/ KELSEY M. BROWN for Heather Moss
                               HEATHER MOSS
                               (per e-mail authorization)
                               Special Assistant U.S. Attorney
                               Office of the General Counsel

                               Of Attorneys for Defendant


ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's motion for summary judgment ~~opening brief~~ is now due on January 8, 2015. The Court's Scheduling Order (Doc. 6) is modified accordingly. In light of counsel's representations regarding her grandmother, the court's December 29, 2015 order to show cause is discharged and no sanctions are imposed.

IT IS SO ORDERED this 31st day of December, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Page 2    MOTION
          [2:15-CV-00707-EFB]

Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335
Phone: (206) 300-9063