JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:	541-419-0074
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MEJIA, ) | |
| ) | Case No. 2:15-cv-00707-EFB |
|        Plaintiff, ) | |
| ) | **STIPULATION AND ~~PROPOSED~~** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S REPLY** |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
|        Defendant, ) | |
| ) | |
| _____) | |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to March 30, 2016, for Plaintiff to serve his reply on Defendant, in accordance with the Court's Scheduling Order.  This is Plaintiff's first extension request for filing his reply, which is requested because Plaintiff's counsel is experiencing a backload in her workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: February 25, 2016              JACQUELINE A. FORSLUND
                                     Attorney at Law


                                     */s/Jacqueline A. Forslund*
                                     JACQUELINE A. FORSLUND

                                     Attorney for Plaintiff


Date: February 26, 2016              BENJAMIN B. WAGNER
                                     United States Attorney
                                     DEBORAH STACHEL
                                     Acting Regional Chief Counsel, Region IX
                                     Social Security Administration

                                     */s/\*Heather Moss*
                                     HEATHER MOSS
                                     Special Assistant United States Attorney
                                     *By email authorization

                                     Attorney for Defendant


                                     ORDER

APPROVED AND SO ORDERED.

DATED: February 29, 2016.
                                     _____
                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE