1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RUBEN MEJIA,                          No.  2:15-cv-707-EFB

12                Plaintiff,

13        v.                               ORDER

14   CAROLYN W. COLVIN, Acting
     Commissioner of Social Security,
15
                  Defendant.
16

17

18        On November 21, 2016, plaintiff filed a motion for attorney's fees pursuant to the Equal

19   Access to Justice Act.  ECF No. 27.  As of the date of this order, defendant has not filed either an

20   opposition or a statement of non-opposition in response to plaintiff's motion.  Accordingly, it is

21   hereby ORDERED that, on or before January 11, 2017, defendant shall file either (1) a stipulation

22   and proposed order resolving plaintiff's fee motion, or (2) an opposition in response to plaintiff's

23   motion.

24   DATED:  December 15, 2016.

25                                          EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28